UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL EUGENE | * | CIVIL ACTION: |
| *Plaintiff* | * | SECTION: |
| v. | * | |
| | * | |
| INTERNATIONAL-MATEX | * | HONORABLE JUDGE |
| TANK TERMINALS LLC | * | |
| *Defendant* | * | MAGISTRATE: |
| | * | |
| FILED: _____ | * | _____ |
| | * | CLERK OF COURT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PETITION FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

I.

JURISDICTION

This honorable court has jurisdictional authority to hear and decide this case pursuant to 28 U.S.C. §§§1331 (federal question), 1332 (Diversity) and 1367 (supplemental jurisdiction or pendant jurisdiction).

Venue is proper pursuant to 28 U.S.C. §1391 as the events and occurrences transpired within this judicial district court.

II.

NATURE OF THE CASE

This action is brought pursuant Title VII of the Civil Rights Act of 1964, 42 U.S.C. 1981, 29 U.S.C. 1201 et seq., (Americans with Disability Act) 42 U.S.C. 12101 et seq., 29 U.S.C. 794, 29 U.S.C. 2601 et seq, among other state law claims pursuant to (Louisiana Employment Discrimination Law) La. R.S. 23:301-369, Louisiana Civil Code art.2315, Louisiana Civil Code art. 2316 Vicarious liability and Intentional Infliction of Emotion Distress.

III.

PARTIES

Plaintiff Paul Eugene is a person of full age of majority and domicile in Louisiana.

Paul Eugene was a qualified individual with a disability.

Defendant International-Matex Tank Terminals LLC, hereinafter referred to as IMTT) is a Delaware corporation domiciled at 1201 North Market Street, 18th Floor, Wilmington, DE 19801.

IMTT principal business establishment in Louisiana is located at 321 St. Charles Avenue, New Orleans, Louisiana 70130.

IV.

DESCRIPTION OF THE PARTIES

Paul Eugene was an employee at the St. Rose terminal.

IMTT is a subsidiary of Macquarie Infrastructure Corporation.

IMTT provides services to businesses, government agencies and individuals in the United States.

IMTT provides bulk liquid terminal services in the United States.

IMTT employs over 501 employees.

IMTT operated 12 terminals with principal operations in the New York Harbor and Lower Mississippi River.

IMTT facilities in the United States includes terminals in Louisiana. The four Louisiana terminals are located in St. Rose, Gretna, Avondale and Geismar.

V.

STATEMENT OF THE CASE

Paul Eugene was an full time employee of IMTT and had worked for the company for approximately 5 years prior to the injury sustained at American Airlines on 6/13/2015.

Paul Eugene paid for and maintained long term and short term disability insurance with IMTT. The payments were deducted directly from Paul Eugene's paycheck.

Paul Eugene was injured on his part time job at American Airlines on 6/13/2015.

Paul Eugene's leg and knee injury created a physical impairment that substantially limited one or more major life activities (walking).

Paul Eugene filed a claim with the Office of Workers' Compensation claim for the injuries sustained at American Airlines.

Paul Eugene was placed on short term disability leave by IMTT because of the injuries sustained at American Airlines.

Paul Eugene underwent emergency surgery for the injuries sustained at American Airlines.

IMTT, pursuant to the disability contract with employee Paul Eugene, paid short term disability income to Paul Eugene.

Paul Eugene submitted all documents evidencing his medical condition which rendered him unable to work to IMTT.

IMTT failed to make reasonable accommodations to Paul Eugene and making such accommodations would not have caused undue hardship.

In January of 2016. IMTT fired Paul Eugene, while he was still recovering from his injury and transferred his long term disability claim to Reliance Standard who after almost 1 year later began to pay Paul Eugene disability benefits for 6 months and advised him to file for social security disability.

Paul Eugene filed a claim with the EEOC immediately after being illegally fired.

Paul Eugene received a right to sue on February 25, 2018.

Paul Eugene, while recovering from his physical injuries, sustained additional injuries and damages because of the illegal firing by IMTT including but not limited to Loss of income, financial distress, and emotional pain and distress, suffering and loss of enjoyment of life.

Paul Eugene's exceed $75,000.00

## VI

## PRAYER FOR RELIEF

Plaintiff prays that he is authorized to exercise his U.S. constitution 7th amendment right to a trial by jury.

Plaintiff prays that the defendant is held in violation of the constitutional and statutory laws cited in this case.

Plaintiff prays that the defendants are found liable for their intentional acts, negligent acts and omissions.

Plaintiff prays that IMTT is held vicariously liable for the acts and omissions of its employees.

Plaintiff prays that this honorable court awards back and front pay in the form of compensatory and real damages and punitive damages.

Plaintiff prays that his employment with IMTT be reinstated.

**WHEREFORE,** plaintiff prays that this Honorable Court issues summons and complaint on the defendant and that they be made to appear and answer same. Plaintiff further prays that, after all legal delays and due proceeding are made, that a judgment is granted in his favor and against the defendant with all general and equitable relief proper including but not limited to court cost, attorney fees, out of pocket expenses, penalties and interest from the date of judicial demand.

Respectfully Submitted,

*s/Quiana M Hunt (35835)*
6225 Hodgson Avenue
Metairie, Louisiana 70003
Telephone: (504) 617-2223
Fax: (504) 617-6233
***Attorney for Plaintiff***